# Exhibit 1

# Point Blank Wins Approval of $36.6 Million Sale to Sun Capital Partners

By Michael Bathon - Oct 28, 2011

Point Blank Solutions Inc. (PBSOQ), a maker of body armor for the U.S. military and law enforcement, won court approval to sell almost all its assets to an affiliate of Sun Capital Partners Inc. for about $36.6 million.

U.S. Bankruptcy Judge Peter Walsh approved the sale to Point Blank Enterprises Inc. at a hearing today in Wilmington, Delaware. The final auction price was almost twice as much as the initial bid of about $20 million from an affiliate of Gores Group LLC.

"We're excited about the increase in price,", Laura Davis Jones, a lawyer for the company, said in an interview after the hearing.

The company filed for bankruptcy in April 2010, listing assets of $63.9 million and debt of $68.5 million in Chapter 11 documents. Three units also sought court protection, including Point Blank Body Armor Inc., which listed more than $100 million each in assets and debt.

Point Blank changed its name from DHB Industries Inc. in October 2007. Former Chief Executive Officer David Brooks was arrested that same month for conducting a $185 million fraud. Former Chief Operating Officer Sandra Hatfield and former Chief Financial Officer Dawn Schlegel also were indicted.

Brooks and Hatfield were convicted in September 2010 of insider trading, fraud and obstruction of justice in manipulating financial records to increase DHB's reported earnings and profits. Schlegel pleaded guilty and helped the government with its case.

Point Blank makes "bullet, fragmentation and stab- resistant apparel and related ballistic accessories" for U.S. and international customers, according to court documents. The company has supplied the U.S. military with more than 80 percent of its "soft body armor" since 1998.

The case is In re Point Blank Solutions Inc., 10-11255, U.S. Bankruptcy Court, District of Delaware (Wilmington).

To contact the reporter on this story: Michael Bathon in Wilmington, Delaware, at mbathon@bloomberg.net.

To contact the editor responsible for this story: Stephen Farr at sfarr@bloomberg.net.

®2013 BLOOMBERG L.P. ALL RIGHTS RESERVED.